No. 673.   GAHAGAN CONSTRUCTION CORP. *v.* ARMAO.
C. C. A. 1st.   Certiorari denied.   *Paul R. Frederick* for
petitioner.   *Samuel B. Horovitz* for respondent.

No. 679.   DEMILLE *v.* AMERICAN FEDERATION OF RA-
DIO ARTISTS, LOS ANGELES LOCAL, ET AL.   Supreme Court
of California.   Certiorari denied.   *Edgar J. Goodrich,
James M. Carlisle, Lipman Redman, Jerome J. Dick* and
*Neil S. McCarthy* for petitioner.   *A. Frank Reel* for re-
spondents.

No. 657.   UNITED STATES EX REL. WEDDEKE *v.* WAT-
KINS, DISTRICT DIRECTOR OF IMMIGRATION AND NATU-
RALIZATION.   C. C. A. 2d.   Certiorari denied.   *Gunther
Jacobson* for petitioner.   *Solicitor General Perlman, As-
sistant Attorney General Quinn, Robert S. Erdahl* and
*Philip R. Monahan* for respondent.

No. 180, Misc.   WEISS *v.* LOS ANGELES BROADCASTING
Co., INC. ET AL.   C. C. A. 9th.   Certiorari denied.   MR.
JUSTICE BLACK, MR. JUSTICE MURPHY, and MR. JUSTICE
RUTLEDGE are of the opinion that certiorari should be
granted.   *A. L. Wirin* for petitioner.   *Paul M. Segal* for
respondent.

No. 272, Misc.   McCANN *v.* PESCOR, WARDEN; and
No. 273, Misc.   McCANN *v.* PESCOR, WARDEN.   C. C.
A. 8th.   Certiorari denied.   Petitioner *pro se*.   *Solicitor
General Perlman, Assistant Attorney General Quinn,
Robert S. Erdahl* and *Irving S. Shapiro* for respondent.
Reported below: 164 F. 2d 279.